# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KORI ELLISON, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC. and <br> HEI HOSPITALITY, LLC, <br><br> Defendants. | CIVIL ACTION FILE NO. <br> 1:22-CV-05157-JPB |

## DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Under Federal Rule of Civil Procedure 7.1 and Northern District of Georgia Local Rule 3.3, Defendant Apple Inc. ("Apple") submits this Corporate Disclosure Statement and Statement of Interested Persons in the form required by Local Rule 3.3.

1. The undersigned counsel of record for Apple certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action:

   a. Apple Inc. (Defendant)

   b. Ellison, Kori (Plaintiff)

#3516131v1

c. HEI Hospitality, LLC (Defendant)

d. HEI Hospitality, LLC Members identified on HEI Hospitality, LLC's Corporate Disclosure Statement

e. Apple does not have a parent corporation, nor does any publicly traded corporation own 10% or more of its stock.

2. The undersigned further certifies that Apple knows of no other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of the case.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this case:

a. Bold, Jr., Fredric J. (Apple's Counsel)

b. Bondurant, Mixson & Elmore LLP (Apple's Counsel)

c. Crispi, Thomas M. (Apple's Counsel) (*pro hac vice* application forthcoming)

d. Skinner, Jeffrey D. (Apple's Counsel) (*pro hac vice* application forthcoming)

e. ArentFox Schiff LLP (Apple's Counsel)

f. White, Craig R. (HEI Hospitality, LLC's Counsel)

g. Quintairos, Prieto, Wood & Boyer, P.A. (HEI Hospitality's Counsel)

      h.  Rolle, M. Cordele (Plaintiff's Counsel)

4.     The undersigned further certifies that Apple, the party on whose behalf this certificate is filed, is a citizen of California.

Respectfully submitted this 27th day of February, 2023.

                      **BONDURANT, MIXSON & ELMORE, LLP**

                      */s/ Fredric J. Bold, Jr.*
                      Fredric J. Bold, Jr.
                      Georgia Bar No. 544604
                      3900 One Atlantic Center
                      1201 West Peachtree Street, NW
                      Atlanta, Georgia 30309
                      Telephone: (404) 881-4100
                      Facsimile: (404) 881-4111
                      *bold@bmelaw.com*

                      *Attorney for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this 27th day of February, 2023, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to all attorneys of record in the above-referenced action.

M. Cordele Rolle, Esq.
**THE CORDELE FIRM, INC.**
5815 Live Oak Pkwy. Suite A
Norcross, Georgia 30093
Phone: 770.808.0062
Fax: 404.393.5900
Phone: 404.454.6454
Email: cordele@cordelefirm.com

*Attorney for Plaintiff Kori Ellison*

Craig R. White
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
365 Northridge Road, Suite 230
Atlanta, Georgia 30350
Phone: (770) 650-8737
Fax: (770) 650-9787
Email: craig.white@qpwblaw.com

*Attorney for Defendant HEI Hospitality, LLC*

/s/ Fredric J. Bold, Jr.
Fredric J. Bold, Jr.
Georgia Bar No. 544604

NY:55085194.2

#3516131v1